**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Mark Raymond FORD, a.k.a. Dred, a.k.a. Benjamin Lee Green, a.k.a. Donald Wray, Defendant–Appellant.**

No. 09–10485
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Oct. 13, 2009.

Charles Lee Truncale, Law Office of Charles Lee Truncale, Jacksonville, FL, for Defendant-Appellant.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Before CARNES, BARKETT and FAY, Circuit Judges.

PER CURIAM:

Charles L. Truncale, appointed counsel for Mark Raymond Ford, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's order denying Ford's motion for relief under 18 U.S.C. § 3582(c)(2) is **AFFIRMED**.